# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON BRYDEN,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CONNIE MORRIS,<br><br>　　　　　　　　　　Defendant. | 3:25-cv-00379-MMD-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 12 |

Before the court is Defendant's Motion for Extension of Time to File Response to Complaint. (ECF No. 12.)

Good cause appearing, Defendant's Motion for Extension of Time to File Response to Complaint (ECF No. 12) is **GRANTED** to the extent that Defendant shall have to and including **Monday, January 12, 2026,** in which to file a response to Plaintiff's Complaint.

**IT IS SO ORDERED.**

DATED:  November 13, 2025.

_____
Craig S. Denney
United States Magistrate Judge